## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re: Lunn Partners Multiple            )
      Opportunities Portfolio, L.P.,      )
                                           )    Case No. 04 B 47017
                  Debtor.                  )

### ORDER FOR RELIEF

An order for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.*, is hereby entered.

ENTER:

_____
Susan Pierson Sonderby
Unites States Bankruptcy Judge

Dated: January 19, 2005