IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 04-47017 |
| Lunn Partners Multiple Opportunities ) | |
| Portfolio, LP, ) | |
| a Delaware limited partnership, ) | Judge Susan Pierson Sonderby |
| ) | Chapter 11 |
| Debtor. ) | |

### ORDER GRANTING AUTHORITY TO LUNN PARTNERS MULTIPLE OPPORTUNITIES PORTFOLIO, LP, TO SELL ASSETS OUTSIDE ORDINARY COURSE OF BUSINESS PURSUANT TO SECTION 363, ESTABLISHING SALES PROCEDURES, SETTING A HEARING DATE ON SALE, AND APPROVING FORM OF NOTICE

This cause coming to be heard on the Motion of Lunn Partners Multiple Opportunities Portfolio, LP, a Delaware limited partnership, debtor/debtor-in-possession herein ("MOPS"), for Authority to (A) Sell Assets Outside Ordinary Course of Business, (B) Establish Sales Procedures, (C) Set a Hearing Date on Sale, and (D) Approve Form of Notice (the "Sale Motion"); it appearing that due and adequate notice of the Sale Motion was given to the United States Trustee, all creditors of MOPS, and the official service list comprised of counsel for all parties who have requested that they be served herein pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure; counsel for all interested parties having had an opportunity to be heard; it appearing to the Court that there appears to be sufficient cause for granting the relief requested in the Sale Motion, that such relief is in the best interest of MOPS, its estate and its creditors, and that such relief will not unduly prejudice any other parties-in-interest in this Chapter 11 case; and that this Court has jurisdiction over this matter and the parties and property effected thereby pursuant to 28 U.S.C. Sections 157 and 1334, and this matter

constitutes a core proceeding pursuant to 28 U.S.C. Section 157(b), and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. MOPS shall be authorized to proceed with the Motion to sell its assets.

2. The procedures (collectively, the "Bidding Procedures") including, for competitive bidding at the Sale (as hereinafter defined), annexed to this Order as Exhibit 1 are approved in all respects and any conflict between the provisions of the Bidding Procedures and the provisions of this Order shall be governed by the Provisions of this Order.

3. The form of the Notice of Sale and Opportunity to Bid (the "Notice of Sale") annexed to this Order as Exhibit A is hereby approved. Due and adequate notice of the Sale shall be given to all creditors, the United States Trustee, the official service list comprised of counsel for all parties who have requested that they be served herein, and all of the investors of Lunn-Leaders, LLC.

4. MOPS shall cooperate in any due diligence efforts.

5. Any party wishing to bid on the Lunn-Leaders Investment, as defined in the Sale Motion must comply with the terms and conditions described in the Sale Motion and the Bidding Procedures attached hereto as Exhibit A.

6. Assuming any party other than Leaders Group submits a qualifying bid for the Assets, a public sale (the "Sale") pursuant to Section 363 of the Bankruptcy Code of the Lunn-Leaders Investment shall be held on August 31, 2005, commencing at 11:00 a.m. at the United States Bankruptcy Court, Courtroom 642.

7. MOPS will proceed to the Sale Hearing with Leaders Group as purchaser of the Lunn-Leaders Investment for a purchase price of $198,800 if there are not other qualifying bids.

8. A hearing to approve the highest and best offer or offers for the purchase of the Lunn-Leaders Investment as submitted at the Sale and to approve the sale of Lunn-Leaders Investment to the party or parties submitting such offers shall be held on August 31, 2005 at 11:30 a.m. in Courtroom 642 at the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, 60604, immediately following the auction.

9. MOPS is further authorized and empowered to take such additional and other steps as may be necessary or appropriate to effectuate the Bidding Procedures approved by the terms of this Order.

10. **Bids to Remain Open**. All bids made or deemed to be made at the auction shall, notwithstanding MOPS' failure to accept same at the auction or the MOPS'

acceptance of another bid, remain open and irrevocable until the Irrevocable Offer Expiration Date as defined in the Bidding Procedures. MOPS shall be entitled to consummate, upon three calendar days prior notice to the applicable bidder (an "Alternative Sale Notice"), any of the other Qualified Bids (as modified at the auctions), in the order of their relative value, if the bid as determined at the conclusion of the auction or, if applicable, all other bids which are higher or otherwise better have been terminated or have otherwise not been consummated on or before the first business day the Sale Order becomes final (in the case of the successful bid selected at the auction), or the third calendar day after MOPS' delivery of the applicable Alternative Sale Notice (in the case of all other bids).

11.    MOPS is directed to send the Notice of Sale to all MOPS' limited partners.

12.    At the expiration of the appeal period and if no appeals have been filed, this Order will be a final order and effective immediately.

Dated: 7-21-05

ENTER:

Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

Scott R. Clar (Atty. Reg. #06183741)
Crane, Heyman, Simon, Welch & Clar
Attorneys for Debtor\Debtor-in-Possession
135 S. LaSalle Street, Suite 3705
Chicago, Illinois  60603
(312) 641-6777

W:\Sally\Mops-Lunn\Ord-sell assets Leaders.wpd

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No. 04-47017
Lunn Partners Multiple Opportunities )
Portfolio, LP, )
a Delaware limited partnership, ) Judge Susan Pierson Sonderby
) Chapter 11
Debtor. )

## NOTICE OF SALE AND OPPORTUNITY TO BID

**PLEASE TAKE NOTICE** that pursuant to an order entered on about July 20, 2005 (the "July 20th Order"), upon the Motion of the Debtor, Lunn Partners Multiple Opportunities Portfolio, LP, a Delaware limited partnership, debtor/debtor-in-possession herein, for Authority to (A) Sell Assets Outside Ordinary Course of Business; (B) Establish Sales Procedures; (C) Set a Hearing Date on Sale; and (D) Approve Form of Notice (the "Motion"), a hearing to approve the sale of certain of the Debtor's assets has been scheduled before the Honorable Susan Pierson Sonderby, United States Bankruptcy Judge, on August 31, 2005 at 11:30 a.m. or immediately following the Sale (the "Sale Hearing"), at the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Room 642, Chicago, Illinois (the "Courtroom").

**PLEASE TAKE FURTHER NOTICE**, that if a qualified bid is timely received and approved pursuant to the Bidding Procedures, ("the Bidding Procedures") by the deadline set forth in the Bidding Procedures, the Debtor shall conduct an Auction Sale (the "Sale") of certain of its assets pursuant to the following terms and conditions on August 31, 2005, commencing at 11:00 a.m. in the above courtroom.

**SALE PROPERTY.** The Debtor's membership interest in Lunn-Leaders, LLC (the "Lunn-Leaders Investment").

**TERMS OF SALE:**

1. To qualify at the Sale, a bidder (other than Leaders Group, Inc. ("Leaders Group")) must deliver to the counsel for the Debtor such that it is received by 5:00 p.m. Chicago time on August 24, 2005:

    A written bid in substantially the same form as the bid submitted by Leaders Group, and a letter of credit or other evidence of financing commitment;

2. All bids shall be "firm offers" and shall not contain any contingencies to the validity, effectiveness, and/or binding nature of the offer, including, without limitation, contingencies for financing or due diligence.


EXHIBIT A

    3.    The Lunn-Leaders Investment shall be purchased on an "as is, where is" basis, with no representations or warranties.

**PURCHASE PRICE.** The purchase price shall be payable in cash in full at the Closing by immediately available United States funds.

**CLOSING.** The Closing will occur eleven days after the docketing of a final, non-appealable order from the Bankruptcy Court for the Northern District of Illinois authorizing the Sale.

**OBJECTIONS.** Any objections must be filed, in writing, on or before August 24, 2005, with the Clerk of the Bankruptcy Court, United States Bankruptcy Court, 219 South Dearborn, Chicago, Illinois, 60604.

**BANKRUPTCY COURT APPROVAL.** The Sale contemplated herein shall be subject to the entry of an order by this Court (1) approving the sale and transfer of the Assets to the winning bidder, free and clear of any and all liens, claims, and encumbrances of any kind or nature whatsoever to the extent permitted by law (other than permitted liens agreed to by the parties), with any and all valid liens, claims and encumbrances attaching to the sales proceeds at Closing.

**PLEASE TAKE FURTHER NOTICE** as to all parties submitting such bids shall be entitled to submit further bids at the Sale in the event that a higher and better offer than that which they initially submitted is received by the Debtor. Subject to the terms and conditions of the Bidding Procedures and the Requirements (as defined in and attached to the Motion), the Debtor will seek Court approval of the highest and best bids for the Assets.

**FOR FURTHER INFORMATION** concerning the Lunn-Leaders Investment,, contact the Debtor's counsel. Copies of the July 20, 2005 Order (to which the Bidding Procedures are attached as an Exhibit) may be obtained from the Office of the Clerk of the United States Bankruptcy Court or from Debtor's counsel.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing may be adjourned without further notice, other than an announcement of such adjournment in open court at the Sale Hearing.

Dated:    July 20, 2005                                   Respectfully submitted,

                                                  BY:_____
                                                      Scott R. Clar, one of the attorneys for
                                                      Lunn Partners Multiple Opportunities
                                                      Portfolio, LP

Scott R. Clar (Atty. Reg. #06183741)
Crane, Heyman, Simon, Welch & Clar
Attorneys for Debtor\Debtor-in-Possession
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
(312) 641-6777